**1140**

PERKINS, Respondent, v. SAKS & CO., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Harry J. Perkins against Saks & Co. C. M. Roberts, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERSON, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by William Peterson against Arthur E. Day.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event. The evidence in this case establishes an express warranty as to the condition of the boat, which survived acceptance. The memorandum signed by defendant on May 29th was a mere receipt for the possession of the boat, and was neither an agreement to accept the boat with existing defects, nor to release plaintiff from any claim for damages that defendant might have on account thereof. The testimony offered by defendant with respect to the condition of the boat on the day of delivery was improperly excluded.

PIERRE, Appellant, v. FARLEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Michael S. N. Pierre against Edward V. Farley. No opinion. Motion denied, on condition, that the return be made to this court within 10 days; otherwise, motion granted, with costs.

PINCKNEY, Respondent, v. MORTHORST et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by William H. H. Pinckney, agent, etc., against Herman Morthorst and another. No opinion. Final order of the Municipal Court affirmed by default, with costs.

POLKOWSKI, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Ksawery Polkowski against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

POLLITZ, Respondent, v. GOULD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by James Pollitz against George J. Gould and others. R. Taggart, for appellants. J. A. Hodge, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 782.

SCOTT, J., dissenting.

POMERANTZ, Appellant, v. HARTMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Mary Pomerantz against Helen Hartman and another. No opinion. Motion granted, and order resettled, without costs. See, also, 126 N. Y. Supp. 649.

POMERANTZ, Appellant, v. HARTMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Mary Pomerantz against Helen Hartman and another. No opinion. Motion granted, without costs. See, also, supra.

POND, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles H. Pond against the New Rochelle Water Company. No opinion. Motion denied, with $10 costs. See, also, 127 N. Y. Supp. 582.

POSNIR, Appellant, v. ROSTOF CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Posnir against the Rostof Company and another.

PER CURIAM. Order of the Municipal Court of October 13, 1910, setting aside the verdict and ordering a new trial, affirmed. Order of October 31, 1910, reducing the amount of the costs to be paid as a condition of granting such new trial, reversed, upon the ground that one judge of the Municipal Court had no power to review the order of another judge of said court in this regard. As defendants have not appealed from so much of the order of October 13th as imposed costs as a condition, we cannot review the correctness of such decision. No costs should be awarded to either party as against the other upon these appeals.

POUCH, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Susan D. Pouch against the Staten Island Midland Railway Company. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 738.

PROCTOR, Respondent, v. ROCKVILLE CENTRE MILLING & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Earl B. Proctor against the Rockville Centre Milling & Construction pany. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 126 N. Y. Supp. 743.

P. T. JANOWITZ CO., Respondent, v. FERDINAND MUNCH BREWERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by the P. T. Janowitz Company against the Ferdinand Munch Brewery.

PER CURIAM. Without any expression upon the merits of the litigation, the order is affirmed, with $10 costs and disbursements.

QUINN, Sheriff, Respondent, v. NATIONAL FIREPROOF SASH & DOOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by

Patrick H. Quinn, as Sheriff of the County of Kings, against the National Fireproof Sash & Door Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

REDER et al., Respondents, v. BYRNE, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Ignatz Reder and others against John T. Byrne.

PER CURIAM. Motion denied, on condition that the appellant pay the $10 costs due the plaintiffs, perfect his appeal, place the cause upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Motions denied, without costs. See, also, 125 N. Y. Supp. 1141.

---

REINERTSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Michael Reinertson against the Erie Railroad Company. No opinion. Motion granted, without costs. See, also, 126 N. Y. Supp. 745.

---

In re RICH. (Supreme Court, Appellate Division, First Department. January 13, 1911.) In the matter of Barthold A. Rich. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RICHARDS, Respondent, v. RICHARDS, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Helen W. Richards against John T. Richards. W. C. White, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RICHARDSON, Respondent, v. WASHBURN, Appellant. SAME v. BIRDSALL et al. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by William B. Richardson, as executor, against William T. Washburn, individually, etc., and against Louis B. Birdsall and others. J. Halstead, for appellant. C. O. Maas, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs. Orders filed.

---

ROBERTS v. TOWN OF FARMINGTON. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Frances E. Roberts, as administratrix, etc., against the Town of Farmington. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

ROCHKIND v. COHEN et al. COHEN et al. v. ROCHKIND. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Actions by Samuel Rochkind against Abraham Cohen and Abraham Mirkin, and by Abraham Cohen and Abraham Mirkin against Samuel Rochkind. No opinion. Orders affirmed, without costs.

---

ROE et al., Respondents, v. BOWEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Willet L. Roe and Herbert W. White against Harvey Z. Bowen.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., taking no part.

---

ROESLER, Respondent, v. ROESLER, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Ida K. Roesler against Herman Roesler. J. E. Murphy, for appellant. A. Nelson, for respondent.

PER CURIAM. Order modified, as provided in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.

CLARKE and MILLER, JJ., dissent.

---

ROGERS, Respondent, v. ATLANTIC, GULF & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by John Rogers against the Atlantic, Gulf & Pacific Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal. See, also, 139 App. Div. 923, 124 N. Y. Supp. 1128.

HOUGHTON, J., dissents.

---

ROMIG, Appellant, v. SHELDON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Hobert L. Romig against Charles L. Sheldon, individually and as administrator, etc. No opinion. Interlocutory judgment (124 N. Y. Supp. 26) affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

---

ROOK, Respondent, v. ROOK, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by May E. Rook against Louise E. Rook.

PER CURIAM. Motion granted, and questions certified as follows: (1) On the facts shown by the record did the Supreme Court obtain jurisdiction to render the judgment in this action, and particularly that part of it directing the payment of alimony by the defendant to the plaintiff? (2) On the facts shown by the record was the defendant guilty of contempt for not complying with that part of the judg-